# UNITED STATES DISTRICT COURT
for the District of Nevada

| | | | |
|---|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF MOHAMMAD SAFDAR GOHIR <br><br> *Defendant* | ) ) ) ) ) | Case No. | 2:14-mj-314-CWH |

## DETENTION ORDER PENDING FURTHER PROCEEDINGS

The defendant having requested a continuance of the detention hearing, it is ordered that the detention hearing in this case are scheduled as follows:

| Place: | U.S. DISTRICT COURT <br> 333 LAS VEGAS BLVD. SOUTH <br> LAS VEGAS, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | May 6, 2014,  3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    May 5, 2014

*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE

*Printed name and title*