# UNITED STATES DISTRICT COURT
### for the District of Nevada

| | | | |
|---|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF MOHAMMAD SAFDAR GOHIR<br><br>*Defendant* | ) ) ) ) ) | Case No. | 2:14-mj-314-CWH |

## DETENTION ORDER PENDING FURTHER PROCEEDINGS

The government having requested a stay of the conditions of release entered by the Court, it is ordered that the bond hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT<br>333 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | May 12, 2014, 2:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   May 6, 2014

_____
*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE

*Printed name and title*