KIMBERLY MAXSON-RUSHTON
Nevada Bar #5065
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
krushton@cooperlevenson.com
Attorneys for Defendant
Mohammed Safdar Gohir

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MOHAMMED SAFDAR GOHIR | CASE NO. 2:14-mj-314-CWH<br><br>ORDER PERMITTING DEFENDANT TO USE A ZIP DRIVE |

THIS MATTER having come before the Court by way of Status Conference on July 29, 2014; Roger Yang, Assistant United States Attorney appearing for the United States; Kimberly Maxson-Rushton, Esq. of the firm of Cooper Levenson, P.A. appearing on behalf of Defendant, Mohammed Safdar Gohir, and William J. Hughes, Jr., Esq., of the firm of Cooper Levenson, P.A. appearing by telephonic conference, on behalf of Defendant Mohammed Safdar Gohir; and counsel for Defendant, Gohir, having moved the Court by oral motion for an Order permitting Defendant, Gohir to use a Zip drive at the CCA for the purpose of receiving, reviewing and retaining documents applicable to his matter; and the Court having considered Defendant's request and having heard argument; and good cause being shown;

**IT IS ON THIS** 30th **DAY OF** July, 2014 **ORDERED and ADJUDGED** that the Defendant Mohammed Safdar Gohir's motion be and the same is hereby granted; and, Defendant is hereby permitted to obtain and use a Zip drive at the CCA for the purpose of receiving, reviewing and retaining documents applicable to his matter.

_____
CARL W. HOFFMAN, JR.
United States Magistrate Judge