1  KIMBERLY MAXSON-RUSHTON
   Nevada Bar #5065
2  COOPER LEVENSON, P.A.
   6060 Elton Avenue – Suite A
3  Las Vegas, Nevada  89107
   (702) 366-1125
4  FAX:  (702) 366-1857
   krushton@cooperlevenson.com
5  Attorneys for Defendant
   Mohammed Safdar Gohir
6
7                    **UNITED STATES DISTRICT COURT**
8                           **DISTRICT OF NEVADA**

9  IN THE MATTER OF THE EXTRADITION         CASE NO. 2:14-mj-314-CWH
   OF MOHAMMED SAFDAR GOHIR
10
11                                          ORDER FOR MEDICAL SERVICES TO BE
                                                RENDERED TO DEFENDANT
12

16
17    THIS MATTER, having come before the Court on July 29, 2014 on the oral motion of
18 defendant Mohammed Safdar Gohir, by and through his counsel, William J. Hughes, Jr., Esquire,
19 and Kimberly Maxton-Rushton, Esquire, for an Order directing the United States Marshals Service
20 to permit, and to arrange for, defendant Mohammed Safdar Gohir to receive surgical treatment for a
21 hernia at his sole cost; and the Court having considered the statements of counsel in open court
22 Assistant U.S. Attorney Roger Yang appearing on behalf of the Government; and for good cause
23 shown,
24    **IT IS ON THIS** \_\_30th\_\_ **DAY OF** \_July\_\_\_\_, 2014,
25
26    **ORDERED** that the United States Marshals Service be, and hereby is, directed to arrange for
27 defendant Mohammed Safdar Gohir to receive surgery for the treatment of a hernia at a medical
28

facility as performed by a surgical physician that is mutually acceptable to both the United States Marshals Service and defendant Mohammed Safdar Gohir as soon as practicable; and.

**IT IS FURTHER ORDERED** that the United States Marshals Service be, and hereby is, directed to arrange for any follow-up visits and/or therapy as deemed necessary by the treating physician; and

**IT IS FURTHER ORDERED** that defendant Mohammed Safdar Gohir shall pay the full expenses for the surgery, hospital stay, rehabilitation, rehabilitation stay and follow-up visits and /or medical care by the treating physician; and,

**IT IS FURTHER ORDERED** that defendant Mohammed Safdar Gohir shall pay for the expenses of any additional security that the United States Marshals Service is required to expend in fulfilling this Order.

_____
CARL W. HOFFMAN, JR.
United States Magistrate Judge