```
KIMBERLY MAXSON-RUSHTON
Nevada Bar #5065
WILLIAM J. HUGHES, JR.
(ADMITTED PRO HAC VICE)
New Jersey Bar #0003031993
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
krushton@cooperlevenson.com
Attorneys for Defendant
Mohammed Safdar Gohir
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MOHAMMED SAFDAR GOHIR | CASE NO. 2:14-mj-314-CWH<br><br>ORDER |

    This matter having come before the Court on November 12, 2014 at a regularly scheduled status conference with William J. Hughes, Jr., Esq. and Kimberly Maxson-Rushton, Esq. of the law firm Cooper Levenson, P.A. appearing on behalf of Defendant Mohammad Safdar Gohir, and Assistant United States Attorney Roger Yang appearing on behalf of the United States.

    Upon Defendant's oral Motion for an Order, the Court considered Defendant's requests: 1/ an Order to United States Marshals Service, Nevada Southern Detention Facility to allow the Defendant computer access for five (5) hours per day for five (5) days each week; and 2/ an Order to permit the Defendant's local counsel, Mr. Jason Earnest, Esq. to bring a laptop into the Nevada Southern Detention Facility during his attorney visitation for the purpose of counsel and Defendant Gohir to joint reviewing discovery.

The Court having heard the arguments of counsel and there being no objection by counsel for the Government and for good cause appearing therefor renders the following decision:

ON THIS 17th DAY OF NOVEMBER, 2014,

**IT IS HEREBY ORDERED** that the United States Marshals Service and the Nevada Southern Detention Center are hereby directed to permit Defendant Mohammad Safdar Gohir computer access for five (5) hours per day for five (5) days each week; and,

**IT IS FURTHER ORDERED** that the United States Marshals Service and the Nevada Southern Detention Center are hereby directed to permit Defendant Mohammad Safdar Gohir's local counsel, Mr. Jason Earnest, Esq. to bring a laptop into the Nevada Southern Detention Facility for joint use by Defendant and his counsel during attorney visitation for the purpose of jointly reviewing discovery; and,

**IT IS FURTHER ORDERED** that if the United States Marshals Service has reasonable grounds for objection to the content or scope of this Order, the United States Marshals Service shall promptly notify the Court and counsel.

Dated: November 17, 2014

MAGISTRATE JUDGE CARL W. HOFFMAN, JR.
U.S. District Court
District of Nevada