WILLIAM J. HUGHES, JR.
New Jersey Bar No. 3031993
COOPER LEVENSON, P.A.
1125 Atlantic Ave., 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
FAX: (609) 572-7512
whughes@cooperlevenson.com
Attorneys for Petitioner
Mohammed Safdar Gohir

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MOHAMMED SAFDAR GOHIR | CASE NO. 2:14-mj-314-CWH<br><br>**STIPULATED ORDER DISSOLVING STAY OF ORDER OF CERTIFICATION OF EXTRADITION** |

This matter having come before the Court on the motion of Relator Mohammed Safdar Gohir, by and through his counsel (William J. Hughes, Jr., appearing) for an Order dissolving the April 9, 2015 Order entered by this Court (ECF 86) staying this Court's March 19, 2015 Order of Certification of the Relator's Extradition to Germany (ECF 80); and the Court being aware that Government, by and through its counsel (Assistant U.S. Attorney Jiamin Chen, appearing) does not object to the dissolution of the Order granting the Stay; and the Court being aware that the Relator's Petition for habeas corpus has been dismissed upon stipulated Order in the U.S. District Court for the District of Nevada (*Gohir v. Hoye, et al*, 2:15-638-GMN-NJK, ECF 21 (D. Nev. July 23, 2015)); and for good cause shown,

It is on this __28th__ day of July, 2015,

ORDERED that the April 19, 2015 Order (ECF 86) Staying this Court's March 19, 2015 Order of Certification of the Relator's Extradition to the Federal Republic of Germany (ECF 80) be, and hereby is, DISSOLVED.

_____
HON. CARL W. HOFFMAN, JR.
U.S. Magistrate Judge
District of Nevada

**Form of Order Stipulated and Agreed to by**:

**COOPER LEVENSON, P.A.**

_____
WILLIAM J. HUGHES, JR.
New Jersey Bar No. 3031993
COOPER LEVENSON, P.A.
1125 Atlantic Ave., 3rd Floor
Atlantic City, NJ  08401
Attorneys for Relator
Mohammed Safdar Gohir

**U.S. ATTORNEYS OFFICE FOR THE DISTRICT OF NEVADA:**

_____/s/_____
JIAMIN CHEN
ELIZABETH O. WHITE
Assistant U.S. Attorneys
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV  89101
Attorneys for Respondents

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON, P.A. and that on this 24th day of July, 2015, I did cause a true copy of the foregoing Stipulated Order to Dissolve the Stay, to be served via CM/ECF electronic filing upon the following person(s):

Jiamin Chen, Esquire
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Attorney for United States

BARBARA A. LANHAM
An Employee of COOPER LEVENSON, P.A.

3